# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CURLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-2398 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 31]** |

　　Parties have filed a joint motion to dismiss with prejudice. [Doc. 31.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**.

　　**IT IS SO ORDERED.**

Dated: December 20, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

1